**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1827**

HENRI JEAN-BAPTISTE,

       Plaintiff - Appellant,

   v.

MONTGOMERY COUNTY DEPARTMENT OF CORRECTIONS; STATE'S ATTORNEY'S OFFICE OF MARYLAND,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:17-cv-03009-PWG)

Submitted: March 30, 2021                       Decided: April 7, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henri Jean-Baptiste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henri Jean-Baptiste appeals the district court's order denying his post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jean-Baptiste v. Montgomery Cnty. Dep't of Corr.*, No. 8:17-cv-03009-PWG (D. Md. July 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*